IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACARDO JACKSON

        Plaintiff,                    No. 2:09-cv-2254 KJN P

    vs.

SOLANO COUNTY
PUBLIC DEFENDER

        Defendants.         ORDER

                           /

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

        It appears that petitioner is attempting to challenge ongoing criminal proceedings against him. Principles of comity and federalism weigh against a federal court interfering with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances. Younger v. Harris, 401 U.S. 37, 43-54 (1971). Petitioner has not demonstrated the existence of extraordinary circumstances that warrant interference in the ongoing state criminal proceedings. Accordingly, petitioner is ordered to show cause why this action should not be dismissed pursuant to the Younger abstention doctrine described above.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, petitioner shall show cause why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine.

DATED: February 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack2254.osc