IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACARDO JACKSON,

    Plaintiff,　　　　　　　　No. 2:09-cv-2254 KJN P

    vs.

SOLANO COUNTY
PUBLIC DEFENDER, et al.,

    Defendants.　　　　　　　ORDER&
　　　　　　　　　　　　　　　　　FINDINGS AND RECOMMENDATIONS
_____/

    Plaintiff is a state prisoner proceeding without counsel with an action pursuant to 42 U.S.C. § 1983. On February 19, 2010, the undersigned issued an order for petitioner to Show Cause why this action should not be dismissed pursuant to the Younger abstention doctrine. Plaintiff has not filed a response.

    Accordingly, the court recommends that this action be dismissed based on plaintiff's failure to respond to the February 19, 2010 order. See Local Rule 110; Fed. R. Civ. P. 41(b).

    IT IS HEREBY ORDERED that:

    1. The August 14, 2009 (Dkt. No. 2) Motion to Proceed In Forma Pauperis be vacated.

1

1       2. The Clerk of the Court is directed to assign a District Judge to this case.

2       IT IS HEREBY RECOMMENDED that this action be dismissed.

3       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack2254.dis